JaVonne M. Phillips, Esq. SBN 187474
Joseph Chun, Esq. SBN 240208
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for:
Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 11-49284 E |
| **Geryllyn Estudillo-Corzine** | § | |
| **Darryl Ross Corzine** | § | Chapter: 13 |
| | § | |
| Debtors | § | |

**NOTICE OF APPEARANCE
PURSUANT TO BANKRUPTCY RULE 9010**

PLEASE TAKE NOTICE THAT following attorney represents Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, its assignees and/or successors, in the above referenced bankruptcy case:

**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Dated: 11/3/2011                McCarthy & Holthus, LLP

                                By: /s/ Joseph Chun, Esq.
                                    Joseph Chun, Esq.,
                                    Attorney for Bank of America, N.A., Successor
                                    by Merger to BAC Home Loans Servicing, LP
                                    FKA Countrywide Home Loans Servicing LP, its
                                    assignees and/or successors