CHERYL C. ROUSE (State Bar No. 118313)
NORMAN P. BAHLERT (State Bar No. 135693)
LAW OFFICES OF ROUSE & BAHLERT
345 Franklin Street
San Francisco, CA 94102
(415) 575-9444 Tel
(415) 575-9440 Fax

Attorneys for Secured Creditor
SCE Federal Credit Union

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DARRYL ROSS CORZINE and<br>GERYLLYN ESTUDILLO-CORZINE,<br><br>Debtor. | Case No.: 11-49284<br>Chapter 13<br><br>STIPULATION FOR ORDER VACATING ORDER VALUING LIEN OF SCE FEDERAL CREDIT UNION<br><br>Date: February 22, 2012<br>Time: 1:30 p.m.<br>Ctrm: 201 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD.:

IT IS HEREBY STIPULATED by and between Secured Creditor SCE Federal Credit Union ("SCE") and Debtors Darryl Ross Corzine and Geryllyn Estudillo-Corzine, by and through their respective counsel, as follows:

1. On December 5, 2011, debtors filed and served their Motion to Value Security of SCE Federal Credit Union under FRBP 3012.

2. On December 28, 2011, the Order Valuing Lien of SCE Federal Credit Union was entered, which valued SCE's lien recorded against the real property located at the commonly known street address of 2744 Bautista Street, Antioch, CA 94509 (the "Property") at zero.

Stipulation for Order Vacating Order

1    3.    On January 11, 2012, SCE filed its Motion to Set Aside Default and to Vacate Order Valuing Lien of SCE Federal Credit Union (the "Motion to Set Aside Default").

2

3    4.    The parties now desire to resolve the pending Motion to Set Aside Default, as well as determine the value of the lien. Accordingly, the parties hereby stipulate as follows:

    a.    The Order Valuing Lien of SCE Federal Credit Union may be vacated;

    b    The lien of SCE secured by the Property is valued at $19,000.00, for purposes of Debtors' Chapter 13 Plan only;

    c.    SCE shall have a secured claim in the amount of $19,000 to be paid directly by the Debtors, and the balance of its claim in the approximate amount of $54,513.20 shall be an unsecured claim to be paid through the plan;

    d.    The terms of loan secured by the lien are modified to provide for repayment of $19,000 at 4% interest per annum over 229 months, all other terms of the loan shall remain in full force and effect. The monthly payment amount will be $118.42. Payments shall commence on March 1, 2012 and shall be paid directly to SCE by the Debtors. The address for payment is:

>    SCE Federal Credit Union
>    P.O. Box 8017
>    El Monte, CA 91734

    e.    This stipulation and order shall become part of Debtors' confirmed chapter 13 plan and shall supersede any treatment of SCE provided for in the chapter 13 plan filed in this case on October 27, 2011;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Stipulation for Order Vacating Order

f. If Debtors' Chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, the modification of the loan, as set forth in Paragraph 4.d. herein, shall become null and void and of no further force or effect. The total amount then due to SCE pursuant to the original terms of its loan, less any payments made by the Debtors and the Chapter 13 Trustee during the pendency of this Chapter 13 case, shall be restored and shall be deemed to be secured by the Lien recorded against the Property. SCE shall then be entitled to enforce the provisions of its Note Secured by Deed of Trust and the Deed of Trust pursuant to California law; and

g. In the event that Debtors complete their Chapter 13 plan and obtain a discharge, and make all payments required pursuant to Paragraph 4.d. herein, SCE shall record a deed of reconveyance after Debtors pay the final payment as required herein.

So Stipulated.

Dated: February 21, 2012     LAW OFFICES OF ROUSE & BAHLERT

BY: /s/ Cheryl C. Rouse
CHERYL C. ROUSE
Attorneys for Secured Creditor SCE Federal Credit Union

Dated: February 21, 2012     LAW OFFICES OF PATRICK L. FORTE

BY: /s/ Patrick L. Forte
PATRICK L. FORTE
Attorneys for Debtors