```
1  PATRICK L. FORTE #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors
```

The following constitutes
the order of the court. Signed March 13, 2012

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-49284 RLE** |
| **DARRYL ROSS CORZINE and GERYLLYN ESTUDILLO-CORZINE,** | **Chapter 13** |
| Debtors. | **ORDER APPROVING STIPULATION FOR ORDER VACATING ORDER VALUING LIEN OF SCE FEDERAL CREDIT UNION** |
| _____/ | |

   The Court having read & considered the Stipulation between Darryl Ross Corzine & Geryllyn Estudillo-Corzine, ("Debtors") and SCE Federal Credit Union ("SCE"), a copy of which is attached hereto, and good cause appearing

   **IT IS ORDERED** that the stipulation is approved; and

   **IT IS FURTHER ORDERED** that the Order Valuing Lien of SCE Federal Credit Union which was entered on December 28, 2011 is hereby vacated.

                    **END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'